# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (SOUTHERN DIVISION)

| | |
|---|---|
| ANTHONY ROBINSON,<br>　　　　Plaintiff, | CASE NO. 8:20-cv-02638 |
| vs. | |
| TRANS UNION LLC;<br>　　　　Defendant. | |

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland, on the following grounds:

1. Plaintiff Anthony Robinson served Trans Union on or about August 17, 2020, with a Summons and Complaint filed in the Circuit Court for Prince George's County, Maryland. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1 & 14-46.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.	Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland.

5.	Notice of this removal will promptly be filed with the Circuit Court for Prince George's County, Maryland and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Circuit Court for Prince George's County, Maryland to this United States District Court, District of Maryland.

Respectfully submitted,

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **14th day of September, 2020**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **14th day of September, 2020** properly addressed as follows:

| **for Plaintiff Anthony Robinson**<br>Quinn B. Lobato, Esq.<br>210 Grisdale Hill<br>Riva, MD  21140 | |
|---|---|

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*